**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MARYLYNN ELLIOTT,**

      **Plaintiff,**                              Case No. 2:22-cv-1302
                                                   **JUDGE EDMUND A. SARGUS, JR.**
      **v.**                                                    Magistrate Judge Elizabeth P. Deavers

**FRANKLIN COUNTY BOARD**
**OF COUNTY COMMISSIONERS,** *et al.*,

      **Defendants.**

## ORDER

This matter is before the Court on the parties' July 26, 2023, Joint Motion to Dismiss and/or Drop the Individual NaphCare Defendants. (ECF No. 47.) These defendants are Michael Bobb, RN, Rachel Robinson, LPN, Jennifer Hines, LPN, Peter Nkwin, LPN, and Cara Stefanko, NP (named in Complaint as "Caria Stefanco, LPN"). For the reasons stated therein, the parties' motion is well taken. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' motion is **GRANTED**. (ECF No. 47.) Defendants Michael Bobb, RN, Rachel Robinson, LPN, Jennifer Hines, LPN, Peter Nkwin, LPN, and Cara Stefanko, NP are **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED.**

**8/22/2023**                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                               **EDMUND A. SARGUS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**